**Law Offices of Beles & Beles**
Robert J. Beles Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
MARLON PALMER

United States District Court
Eastern District of California

| | |
|---|---|
| MARLON PALMER,<br><br>　　　　*Petitioner*,<br>　vs.<br><br>TAMMY FOSS, Warden, Salinas Valley State Prison,<br><br>　　　　*Respondent.*<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　*Real Party in Interest.* | No. 2:19-cv-1999 KJM KJN P<br><br>ORDER |

Petitioner is a state prisoner proceeding through counsel. Petitioner filed a motion to substitute respondent, and a motion for a 32-day extension of time to file objections to the pending findings and recommendations. Matthew Atchley, current warden of Salinas Valley State Prison, is substituted as respondent in place of Tammy Foss. Fed. R. Civ. P. 25(d); see Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994). Good cause appearing, petitioner's motion for extension of time is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to substitute (ECF No. 20) is granted;

2. Matthew Atchley, current warden of Salinas Valley State Prison, is substituted as respondent in place of Tammy Foss

3. Petitioner's motion for extension (ECF No. 21) is granted; and

4. Petitioner shall file objections to the November 18, 2021 findings and recommendations on or before Monday, January 3, 2022.

Dated: November 24, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/palm1999.eot