UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marlon Palmer, | No. 2:19-cv-01999-KJM-KJN |
| Petitioner, | ORDER |
| v. | |
| Matthew Atchley, | |
| Respondent. | |

On January 5, 2024, this court denied petitioner Marlon Palmer's motion for an extension of time for lack of jurisdiction. Prior Order, ECF No. 32. As the court noted in that order, petitioner's appeal of this court's order denying his habeas petition is pending before the Ninth Circuit. *See* Notice of Appeal, ECF No. 28.

Petitioner, proceeding pro se, now requests an update/status on his appeal and motion for an extension of time. Req., ECF No. 36. It appears petitioner has not received a copy of this court's prior order. Accordingly, the Clerk of Court is directed to re-serve a copy of this court's prior order, filed on ECF No. 32, to petitioner at his last known address. With regards to his pending appeal, petitioner is directed to file his inquiries with the appellate court.

This order resolves ECF No. 36.

IT IS SO ORDERED.

DATED: February 22, 2024.

CHIEF UNITED STATES DISTRICT JUDGE